# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| TYREE LAWSON, | : | No. 139 EM 2015 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and Other Extraordinary Relief are **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (providing that hybrid representation is improper). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.